| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Patrick D Tagler** | Social Security number or ITIN  **xxx–xx–9000** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Illinois** | | |
| Case number:  **16–21434** | | |

# Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Patrick D Tagler

September 20, 2016                                    **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                              United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                    **Order of Discharge**                                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 16-21434-JBS
Patrick D Tagler                                                    Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 1            Date Rcvd: Sep 20, 2016
                              Form ID: 318             Total Noticed: 22

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2016.
db             +Patrick D Tagler,    10543 S. Spaulding Ave.,    Chicago, IL 60655-2545
24674190        Citibank,    Attn: Bankruptcy Dept,    Po Box 790034,    Saint Louis, MO 63179-0034
24674194        Equifax Information Services, LLC,    1550 Peachtree St. NW,    Atlanta, GA 30309
24674195       +Equifax Information Services, LLC,    Po Box 740241,    Atlanta, GA 30374-0241
24674197       +Experian Information Solutions, Inc.,    Po Box 4500,    Allen, TX 75013-1311
24674196       +Experian Information Solutions, Inc.,    475 Anton Blvd.,    Costa Mesa, CA 92626-7037
24674198       +GK Medical Management,    Po Box 1208,   Morton Grove, IL 60053-7208
24674200       +Little Company of Mary Hospital,    2800 W. 95th St.,    Evergreen Park, IL 60805-2795
24766179        Nationstar Mortgage LLC,    c/o Manley, Deas & Kochalski, LLC,    P.O. Box 165028,
                 Columbus, Ohio 43216-5028
24674201       +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
24674202       +Nationwide Credit & Collection, Inc.,    815 Commerce Dr.,    Suite 270,
                 Oak Brook, IL 60523-8852
24838495       +Radiology Imaging Specialists LTD,    39645 Treasury Center,    Chicago, Il 60694-9600
24674204       +State of Illinois: Department of Revenue,    Po Box 19006,    Springfield, IL 62794-9006
24674205       +TransUnion LLC,    Po Box 2000,   Chester, PA 19022-2000
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QBACHATZ.COM Sep 21 2016 01:38:00      Barry A Chatz,    Arnstein & Lehr,
                 120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3941
24674187       +EDI: GMACFS.COM Sep 21 2016 01:38:00      Ally Financial,    Po Box 380901,
                 Bloomington, MN 55438-0901
24674188       +EDI: CHASE.COM Sep 21 2016 01:38:00      Chase,    Attn: Bankruptcy Department,    Po Box 15298,
                 Wilmington, DE 19850-5298
24674191       +EDI: WFNNB.COM Sep 21 2016 01:38:00      Comenity Bank/Carsons,    Po Box 182125,
                 Columbus, OH 43218-2125
24674192       +EDI: DISCOVER.COM Sep 21 2016 01:38:00      Discover Financial,    Attn: Bankruptcy,
                 Po Box 3025,   New Albany, OH 43054-3025
24674193       +E-mail/Text: DSLBKYPRO@discover.com Sep 21 2016 02:20:33      Discover Student Loans,
                 Po Box 30948,    Salt Lake City, UT 84130-0948
24674199        EDI: IRS.COM Sep 21 2016 01:38:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    Po Box 21126,    Philadelphia, PA 19114-0326
24674203       +EDI: NAVIENTFKASMSERV.COM Sep 21 2016 01:38:00      Navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24674189*      +Chase,   Attn: Bankruptcy Department,    Po Box 15298,    Wilmington, DE 19850-5298
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2016 at the address(es) listed below:
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Joseph S Davidson    on behalf of Debtor 1 Patrick D Tagler jdavidson@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Todd J  Ruchman   on behalf of Creditor   Nationstar Mortgage LLC amps@manleydeas.com
                                                                                             TOTAL: 4
```